IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C.K., | : | Civil Action No. 4:15-00280 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| HOPE WRYE, in her individual capacity, CENTRAL INTERMEDIATE UNIT #10, and PHILIPSBURG-OSCEOLA AREA SCHOOL DISTRICT, | : | |
| Defendants. | : | |

**ORDER**
December 2, 2015

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. Defendant Philipsburg-Osceola Area School District's Motion to Dismiss (ECF No. 39) is DENIED.

2. Defendant Central Intermediate Unit #10's Motion to Dismiss (ECF No. 41) is DENIED.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge

1