# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.K., | No. 4:15-CV-00280 |
| Plaintiff. | Judge Brann |
| v. | |
| HOPE WRYE, CENTRAL INTERMEDIATE UNIT #10, AND PHILIPSBURG-OSCEOLA AREA SCHOOL DISTRICT, | |
| Defendants. | |

## **ORDER**

**AND NOW**, this 7th day of November 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendant Philipsburg-Osceola Area School District's Motion for Summary Judgment, ECF No. 59, is **GRANTED**.

2. Defendant Central Intermediate Unit #10's Motion for Summary Judgment, ECF No. 61, is **GRANTED**.

3. Upon the resolution of the remaining claims in this case, the Clerk of Court is directed to enter judgment in favor of Defendants Philipsburg-Osceola Area School District and Central Intermediate

Unit #10 on Counts II and III of Plaintiff C.K.'s Second Amended Complaint, ECF No. 38.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge